UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 23-46418

ROSHAUNYA KIERRE GRAY,                     Chapter 13

          Debtor.                                         Judge Thomas J. Tucker

_____/

### ORDER DENYING THE DEBTOR'S "MOTION TO STRIKE 'NOTICE OF CITY OF DETROIT UNFILED TAX RETURNS' (DOCKET NO. 25)"

This case is before the Court on a motion by the Debtor entitled "Motion to Strike 'Notice of City of Detroit Unfiled Tax Returns' (Docket No. 25)" (Docket # 31, the "Motion "). The Motion seeks an order striking a notice filed on August 8, 2023 by the Michigan Department of Treasury entitled "Notice of City of Detroit Unfiled Tax Returns." (*See* Docket # 25.)

The Court will deny the Motion. The Motion does not allege or demonstrate any valid ground or legal basis for "striking" the notice of unfiled tax returns at issue. And such a notice is merely a notice, not a motion or an objection to confirmation. Such notice by itself has no independent legal significance.

Accordingly,

IT IS ORDERED that the Motion (Docket # 31) is denied.

**Signed on September 20, 2023**                 /s/ Thomas J. Tucker
                                                                               **Thomas J. Tucker**
                                                                               **United States Bankruptcy Judge**